ADAM PAUL LAXALT
  Attorney General
Michael M. Miles (Bar. No. 10932)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Avenue, Suite 3900
Las Vegas, NV 89101
702) 486-3573 (phone)
(702) 486-3773 (fax)
mmiles@ag.nv.gov

Attorneys for Defendants Nevada Highway Patrol,
Nevada Department of Public Safety,
Trooper Earl and Trooper Liedke

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLAH SHAH LINDSEY, an individual, | CASE NO. 2:16-cv-01796-GMN-CWH |
| Plaintiff, | **NOTICE OF CHANGE OF DEPUTY ATTORNEY GENERAL** |
| vs. | |
| NEVADA HIGHWAY PATROL, a political subdivision of the State of Nevada; NEVADA DEPARTMENT OF PUBLIC SAFETY, a political subdivision of the State of Nevada; TROOPER COLTER SHANE EARL; TROOPER LIEDKE; DOE OFFICERS 1-10; DOES 1-10; ROE CORPORATIONS 1-10, | |
| Defendants. | |

    Defendants, by and through counsel, ADAM PAUL LAXALT, Attorney General, and MICHAEL M. MILES, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby provide notice to this Court and Plaintiff, ALLAH SHAH LINDSEY, through his attorneys, STEPHEN P. STUBBS and JARED A. RICHARDS, that MICHAEL M. MILES, Deputy Attorney General, has been assigned to replace DAVID R. KEENE, II, Senior Deputy Attorney General, as lead counsel in the above-entitled action.

    Please address all future correspondence and filings in the above-entitled action on behalf of Defendants to MICHAEL M. MILES, Deputy Attorney General, State of Nevada, Office of the

///

1 | Attorney General, 555 East Washington Avenue, Suite 3900, Las Vegas, Nevada 89101, E-mail:
2 | mmiles@ag.nv.gov. Please remove DAVID R. KEENE, II from all further notifications on this matter.
3 | DATED this 23rd day of September, 2016.

ADAM PAUL LAXALT
Attorney General

By: /s/ Michael M. Miles
    Michael M. Miles (Bar. No. 10932)
    Deputy Attorney General
    Attorneys for Defendants

IT IS SO ORDERED.

DATED: 9/26/16

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing ***NOTICE OF CHANGE OF DEPUTY ATTORNEY GENERAL*** with the Clerk of the Court by using the electronic filing system on the 23rd day of September, 2016. I certify that the following participants in this case are registered electronic filing systems users and will be served electronically:

    Stephen P. Stubbs
    STEPHEN P. STUBBS, ATTORNEY AT LAW
    626 South Third Street
    Las Vegas, Nevada 89101

    Jared A. Richards
    CLEAR COUNSEL LAW GROUP
    50 South Stephanie Street, Suite 101
    Henderson, Nevada 89012

    *Attorneys for Plaintiff,*
    *Allah Shah Lindsey*

                                    /s/ Althea Zayas
                                    Althea Zayas, an employee of
                                    the office of the Nevada Attorney General