# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALLAH SHAH LINDSEY, | Case No. 2:16-cv-01796-GMN-CWH |
| Plaintiff, | |
| v. | |
| NEVADA HIGHWAY PATROL, et al., | **ORDER** |
| Defendants. | |

Presently before the court is Plaintiff's notice (ECF No. 19) of an Fed. R. Civ. P. 26(f) conference between the parties, filed on October 10, 2016. Under Local Rule 26-8, discovery-related documents are not to be filed unless ordered by the court. No such order has been issued in this case.

IT IS THEREFORE ORDERED that the Clerk must STRIKE Plaintiff's notice (ECF No. 19).

DATED: October 12, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge